# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BLAKE L. PRICE  
5585 IL RT. 84  
THOMSON, IL  61285  

SSN-xxx-xx-3338

Case Number: 06-71627

Case filed on: 9/5/2006  
Plan Confirmed on:  
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $650.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 71.27 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 71.27 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE - ACS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | THOMAS C. HILL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DANIEL DONAHUE (CHAP 7 TRUSTEE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BLAKE L. PRICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BLAKE L. PRICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | 1ST GATEWAY CREDIT UNION | 52,230.44 | 0.00 | 0.00 | 0.00 |
| 002 | 1ST GATEWAY CREDIT UNION | 8,222.49 | 8,200.00 | 403.34 | 136.66 |
|  | Total Secured | 60,452.93 | 8,200.00 | 403.34 | 136.66 |
| 002 | 1ST GATEWAY CREDIT UNION | 0.00 | 22.49 | 0.00 | 0.00 |
| 005 | CAPITAL ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CINDY PRICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | H & R ACCOUNTS | 14,840.34 | 14,840.34 | 0.00 | 0.00 |
| 010 | ALICIA ERCHIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,840.34 | 14,862.83 | 0.00 | 0.00 |
|  | Grand Total: | 77,793.27 | 25,562.83 | 474.61 | 136.66 |

Total Paid Claimant:      $611.27  
Trustee Allowance:         $38.73  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007          By  /s/Heather M. Fagan